**Order entered February 17, 2023**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00755-CR

**ANDREW ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F1952721**

## ORDER

Before the Court is appellant's second motion for extension of time to file his pro se response to his counsel's motion to withdraw and *Anders* brief. Appellant's pro se response was originally due December 30, 2022. Appellant moved for an extension on November 29, 2022, and the Court granted the motion, extending the time to February 28, 2023. Appellant's second motion for extension requests an additional ninety days to file the pro se response. Appellant states in the motion that he has difficulty getting into the law library because of its hours

and that he needs additional time due to his lack of understanding of the law. We **GRANT** the motion to the extent that we **ORDER** appellant's pro se response be filed with this Court **on or before MAY 22, 2023.** If appellant's pro se response is not submitted by May 22, 2023, the appeal will be submitted without the pro se response.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

We further **DIRECT** the Clerk to send a copy of this order by first class mail to Andrew Anderson, Bookin No. 23004254, Kays Tower, KT 01-G, 111 West Commerce Street, Dallas, TX, 75202; and to Andrew Anderson, TDCJ #02289724, Terrell Unit, 1300 FM 655, Rosharon, Texas 77583.

/s/    ERIN A. NOWELL
       JUSTICE